# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DR, a Minor ) | |
| by and through her Father and Next ) | |
| Friend, FREDRICO RODRIGUEZ, ) | |
| NG, a Minor, by and through his ) | |
| Mother and Next Friend REDA NENNIS ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.   ) | 3:22-CV-00115-KFP |
| ) | |
| ) | |
| ) | |
| **RANDY NULL, an individual;** ) | |
| **OUTWEST EXPRESS LLC;** ) | |
| **ALFA MUTUAL INSURANCE** ) | |
| **COMPANY;** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO RELEASE FUNDS

COMES NOW, Plaintiff Drishalane Rodriguez, by and through undersigned counsel, and moves this Honorable Court to release the funds currently held on her behalf by the United States District Court for the Middle District of Alabama. In support, Plaintiff states as follows:

1. This Court approved the pro ami settlement of Drishalane Rodriguez's claims on November 6, 2023. (Doc. 78.)

2. Drishalane Rodriguez turned 19 years old on January 30, 2025.

3. Attached as exhibits to this Motion are a redacted W-9 and a redacted copy of Ms. Rodriguez's passport. Unredacted copies of these exhibits are being emailed to the Clerk of the Middle District.

4. Plaintiff moves this Honorable Court to issue an order to the Clerk of the Middle District instructing the Clerk to release all funds held on Ms. Rodriguez's behalf, including any interest that has accrued to date.

Respectfully submitted,

*/s/ Robert A. Arnwine, Jr*
Robert A. Arnwine, Jr.
**Morgan & Morgan Birmingham, PLLC**
2317 3rd Avenue North, Suite 102
Birmingham, AL 35203
Phone: (659) 204-6364
Facsimile: (659) 204-6389
Email: rarnwine@forthepeople.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify I have served a true and correct copy of the above and foregoing motion on counsel for all parties by filing the same on the Court's CM/ECF system on this the 14th day of February 2025:

Brett A. Ross
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: 205-822-2006
Fax: 205-822-2057
Email: bross@carrallison.com
*Attorneys for Defendants*

                                            */s/ Robert A. Arnwine, Jr.*
                                            Of Counsel